

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2015

No. 04-15-00118-CV

Shirlely **ADAMS**, Charlene Burgess, Willia Mae Herbst Jasik, William Albert Jasik, and R. May Oil & Gas Company, Ltd.,
Appellants

v.

**MURPHY EXPLORATION & PRODUCTION CO.-USA**, A Delaware Corporation,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-05-0466-CVA
Honorable Stella Saxon, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to Wednesday, May 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Mary A. Keeney
PO Box 98
Austin, TX 78767-0098

Jason Allen Newman
910 Louisiana St
Houston, TX 77002-4916

John B. McFarland
PO Box 98
Austin, TX 78767-0098

Jason Allen Newman
910 Louisiana St
Houston, TX 77002-4916

Macey Reasoner Stokes
One Shell Plaza
Houston, TX 77002-4995

Bill Kroger
910 Louisiana Street, Suite 3000
Houston, TX 77002-4995